

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00410-CR

**EX PARTE** Juan Banueloskinn **GARCIA**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 10, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 25, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for stay is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 13910CR, styled *State of Texas v. Juan Banueloskinn Garcia*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.